THE PEOPLE OF THE STATE OF NEW YORK ex rel. SYDNEY BALLIN, Appellant, *v.* THOMAS O'CONNELL, Clerk of the Municipal Court of the City of New York, Borough of Manhattan, First District, Respondent.

*Landlord and tenant — summary proceedings — when warrant of eviction properly denied — mandamus — constitutionality of chapter 942 of Laws of 1920.*

*People ex rel. Ballin* v. *O'Connell*, 194 App. Div. 540, affirmed.
(Argued January 19, 1921; decided March 8, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department,

entered December 24, 1920, which reversed an order of Special Term granting a motion for a premptory writ of mandamus to compel defendant to issue to relator a warrant to execute a final order in summary proceedings to evict from premises belonging to relator a tenant who held over after the expiration of his term. The petition showed that, in a proceeding in the Municipal Court, a final order had been made awarding possession of the premises to the landlord on the ground that the tenant's term had expired. Defendant contended that the dispossess proceeding was pending on the day chapter 942 of the Laws of 1920 was passed and that that statute forbade the issuance of a warrant under the circumstances of this case.

*J. Sidney Bernstein* for appellant.

*John P. O'Brien, Corporation Counsel (John F. O'Brien, Russell Lord Tarbox* and *Arthur J. W. Hilly* of counsel), for respondent.

*William D. Guthrie, Julius Henry Cohen, Elmer G. Sammis* and *Bernard Hershkopf* for Joint Legislative Committee.

Order affirmed, with costs, on opinion of POUND, J., in *People ex rel. Durham Realty Co.* v. *La Fetra* (230 N. Y. 429).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and ANDREWS, JJ.; CRANE, J., concurs in result on opinion in *Guttag* v. *Shatzkin* (230 N. Y. 647); MCLAUGHLIN, J., dissents on dissenting opinion in *Levy Leasing Co.* v. *Siegel* (230 N. Y. 634).